May 19, 2003

Hon. Marvin J. Garbis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                  **Re: Anthony M. Saunders v. Raymond Kostkowski, et al.**
                        **Case No. MJG-01-CV-3062**

Dear Judge Garbis:

      I represent the Defendants Raymond Kostkowski, Anne Sigman, and Leann Zawodniak in the above matter. I am again providing a status report as requested by the Court.

      I can now report to the Court that Sean Logan, Mr. Saunder's Bankruptcy Trustee, and I have reached agreement regarding a resolution of Mr. Saunder's claims in the above matter. The agreement must be approved by the Bankruptcy Court after notification of Mr. Saunder's creditors. I understand that Mr. Logan is in the process of preparing the necessary paperwork to notify creditors, and then bring the matter to the Bankruptcy Court for its approval. I suspect that the process will require at least another two to three months, and would respectfully request that I be allowed to report back to the Court by August 15, 2003 if this matter is not dismissed by that time.

      Thank you once again for your consideration of this matter.

                                                      Sincerely,

                                                      Ira L. Oring

Cc: Sean Logan, Esq.
     Charles R. Diffenderffer, Esq.