UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY M. SAUNDERS | * |
| Plaintiff | * |
| v. | * Civil Action No. MJG 01-CV 3062 |
| RAYMOND KOSTKOWSKI, et.al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Maryland Rule 2-506(a), the parties hereby stipulate to the dismissal with prejudice of the claims of Plaintiff Anthony M. Saunders against Defendants Raymond Kostkowski, Anne Sigman, and Leann Zawodniak only.

_/s/ Ira L. Oring_
Ira L. Oring
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland 21201
Phone (410) 539-2800

Attorneys for Defendants Raymond Kostkowski, Anne Sigman, Leann Zawodniak

_/s/ Charles R. Diffenderffer_
Charles R. Diffenderffer
Brown, Diffenderffer & Kearney, LLP
1010 Hull Street
Baltimore, Maryland 21230
Phone (410) 296-8500

Attorney for Plaintiff Anthony M. Saunders